Cleveland S. **WHITTAKER**,
Claimant–Appellee,

v.

Anthony J. **PRINCIPI**, Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 04–7059.

United States Court of Appeals,
Federal Circuit.

Feb. 27, 2004.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).